In the Matter of the Claim of HENRY SPIELBEUHLER, Appellant, v. HENRY SPIELBEUHLER CONSTRUCTION CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — GIBSON, P. J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Gibson, P. J.